[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 23, 2006
THOMAS K. KAHN
CLERK

_____

05-12168

_____

D. C. Docket No. 03-01534-CV-JEC-1

CHRISTINE WHEAT,

                                    Plaintiff-Appellant,

versus

J. O. LEWIS,

                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(March 23, 2006)**

Before ANDERSON, DUBINA and HILL, Circuit Judges.

PER CURIAM:

       After oral argument and careful review of the record, we conclude that no

reasonable jury could find on this record a violation of the Fourth Amendment or

the Fourteenth Amendment.  We readily conclude that defendant was entitled to qualified immunity.

**AFFIRMED.**